THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Alfonzo Bernard Richardson, Appellant.
 
 
 

Appeal From Greenville County
 D. Garrison Hill, Circuit Court Judge
Unpublished Opinion No. 2007-UP-248
Submitted May 1, 2007  Filed May 22, 2007    

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Appellant, Alfonzo Bernard Richardson, pled guilty to voluntary manslaughter and first-degree burglary.  The trial judge sentenced him to concurrent terms of thirty years on each charge.  Richardsons counsel attached to the brief a petition to be relieved as counsel, stating that he had reviewed the record and concluded this appeal lacks merit.  Richardson has filed a separate pro se brief.
After a thorough review of the record pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.
ANDERSON, HUFF, and BEATTY, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.